IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02267-BNB

MATTIE GUFFIE,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL[S],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 8 2009

GREGORY C. LANGHAM
                  CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 8, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02267-BNB

Mattie Guffie
21622 East 55th Ave.
Denver, CO 80249

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/8/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk