IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2009

GREGORY C. LANGHAM
CLERK

Civil Action No.  09-cv-02267-WYD-BNB

MATTIE GUFFIE,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL[S],

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 9th day of October, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02267-REB-BNB

Mattie Guffie
21622 E. 55th Ave
Denver, CO 80249

US Marshal Service
Service Clerk
Service forms for: Denver Public Schools

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Denver Public Schools: AMENDED TITLE VII COMPLAINT FILED 10/02/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  10/15/09.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk