IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02267-KLM-BNB

MATTIE GUFFIE

      Plaintiff,

v.

DENVER PUBLIC SCHOOL,

      Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on January 28, 2010 by Chief Judge Wiley Y. Daniel and was assigned to Magistrate Judge Kristen L. Mix on January 28, 2010.  Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

      IT IS HEREBY **ORDERED** that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

      IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Chief Judge Wiley Y. Daniel on October 13, 2009 [Docket No. 9], is **vacated**.

      IT IS FURTHER **ORDERED** that a Final Pretrial Conference will be held by Magistrate Judge Kristen L. Mix on **December 20, 2010 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

      IT IS FURTHER **ORDERED** that a five-day jury trial is scheduled for **January 10-14, 2011** before Magistrate Judge Mix.

Dated:  February 1, 2010

                                        BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge